

# United States District Court
# Eastern District of California

| E.H., et al | Case Number: 1:25-cv-00441-JLT-BAM |
|---|---|
| Plaintiff(s) | |

V.

| LIFELONG ADOPTIONS, INC., | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sonjay Singh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

E.H and V.P

On 06/15/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/29/2025      Signature of Applicant: /s/ Sonjay Singh

**Pro Hac Vice Attorney**

Applicant's Name: Sonjay Singh
Law Firm Name: SIRI & GLIMSTAD LLP
Address: 745 Fifth Avenue,
Suite 500
City: New York   State: NY   Zip: 10151
Phone Number w/Area Code: (888) 747-4529
City and State of Residence: Bethesda, Maryland
Primary E-mail Address: ssingh@sirillp.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Catherine E. Ybarra
Law Firm Name: SIRI & GLIMSTAD LLP
Address: 700 S. Flower Street
Ste 1000
City: Los Angeles   State: CA   Zip: 90017
Phone Number w/Area Code: (213) 297-3807   Bar #: SB#283360

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 30, 2025          /s/ Barbara A. McAuliffe
                                JUDGE, U.S. DISTRICT COURT