Luke K. Chamberlain SBN 358896
lchamberlain@messerstrickler.com
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
Tel.: (312) 334-3469
Fax: (312) 334-3473

Attorney for Defendant
LifeLong Adoptions, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | Case No. 1:25-cv-00441-JLT-BAM<br><br>**NOTICE OF MOTION: DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hon. Judge Jennifer L. Thurston<br>Magistrate Barbara A. McAuliffe |

PLEASE TAKE NOTICE that, on July 24, 2025, or as soon as this Motion may be heard, Defendant LifeLong Adoptions, Inc., ("LifeLong"), by and through undersigned counsel, shall appear before the Honorable Jennifer L. Thurston, or any judge sitting in her stead, to present LifeLong's Rule 12(b)(6) Motion to Dismiss the Complaint of Plaintiffs, E.H. and V.P., a copy of which is hereby served upon you.

**STANDING ORDER §1(C) CERTIFICATION**

Pursuant to Section 1(C) of the Court's standing order, the undersigned hereby certifies that on June 9, 2025, he conferred with counsel for the Plaintiffs regarding the relief requested herein. Counsel for the Plaintiffs advised that, due to the nature of Defendant's motion, Plaintiffs oppose Defendant's requested relief.

Dated: June 9, 2025

Respectfully Submitted,

**LIFELONG ADOPTIONS, INC.**

*/s/ Luke K. Chamberlain*
Luke K. Chamberlain
Messer Strickler Burnette, Ltd.
142 W. Station St.
Barrington, IL 60010
Tel.: (312) 334-3446
Fax: (312) 334-3473
lchamberlain@messerstrickler.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2025, the forgoing document was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Luke K. Chamberlain*
Luke K. Chamberlain

*Counsel for Defendant*