UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | Case No. 1:25-cv-00441-JLT-BAM<br><br>ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 13]<br><br>(Doc. 16) |

On June 18, 2025, the parties filed a joint motion to modify the briefing schedule in connection with Defendant LifeLong Adoptions, Inc.'s pending motion to dismiss. (Doc. 16.) Plaintiffs and Defendant LifeLong request an additional fourteen (14) days by which to file their respective opposition and reply briefs. Having considered the joint motion, and cause appearing, the parties' joint motion to modify the briefing schedule is GRANTED. Plaintiffs' opposition to Defendant LifeLong's motion to dismiss shall be filed on or before July 7, 2025. Defendant LifeLong's reply in support of the motion shall be filed on or before July 17, 2025.

IT IS SO ORDERED.

Dated:   **June 20, 2025**              /s/ Barbara A. McAuliffe              _
                                       UNITED STATES MAGISTRATE JUDGE

1