Luke K. Chamberlain SBN 358896
lchamberlain@messerstrickler.com
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
Tel.: (312) 334-3469
Fax: (312) 334-3473

Attorney for Defendant
LifeLong Adoptions, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | Case No. 1:25-cv-00441-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 26]**<br><br>(Doc. 28)<br><br>Hon. Judge Jennifer L. Thurston<br>Magistrate Barbara A. McAuliffe |

This matter coming before the Court on Plaintiffs "E.H." and "V.P." ("Plaintiffs") and Defendant LifeLong Adoptions, Inc.'s ("LifeLong") Joint Motion to Modify Briefing Schedule in connection with LifeLong's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs [ECF 26], the Court having jurisdiction and having considered the motion, and good cause appearing for the relief requested therein, the Joint Motion shall be and hereby is GRANTED as follows:

# ORDER

1. Plaintiffs' and LifeLong's Joint Motion to Modify Briefing Schedule in connection with LifeLong's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs is hereby GRANTED.

2. Plaintiffs' opposition to LifeLong's motion shall be due by or before August 18, 2025.

3. LifeLong's reply in further support of its motion shall be due by or before September 8, 2025.

IT IS SO ORDERED.

Dated: **July 25, 2025**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 26]