Catherine Ybarra (SBN# 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 297-3807
Facsimile: (646) 417-5967
cybarra@sirillp.com

Tyler J. Bean*
Sonjay C. Singh
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
*tbean@sirillp.com
ssingh@sirillp.com (*pro hac vice*)

**pro hac vice* forthcoming

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LIFELONG ADOPTIONS, INC.,**<br><br>Defendant. | No. 1:25-cv-00441-JLT-BAM<br><br>**MOTION FOR EXTENSION OF WORD LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1. On June 10, 2025, the Court granted Plaintiffs leave to file an opposition to Defendant's Motion to Dismiss equal in word count to Defendant's Motion to Dismiss. *See* Doc. 14.

2. Plaintiffs subsequently amended their Complaint, and Defendant filed a renewed Motion to Dismiss the Amended Complaint. *See* Docs. 19, 26.

3. Plaintiffs merely request the same relief previously granted by the Court. Specifically, Plaintiffs ask leave to file an opposition to Defendant's Motion to Dismiss of the same number of words as Defendant's Motion.

Dated: August 18, 2025

Respectfully submitted,

*/s/ Sonjay C. Singh*

Sonjay C. Singh (*pro hac vice*)
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: ssingh@sirillp.com

Catherine E. Ybarra (SBN # 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (213) 297-3807
cybarra@sirillp.com

**pro hac vice forthcoming*

***Attorneys for Plaintiffs and the Class***