Catherine Ybarra (SBN# 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 297-3807
Facsimile: (646) 417-5967
cybarra@sirillp.com

Tyler J. Bean*
Sonjay C. Singh
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
*tbean@sirillp.com
ssingh@sirillp.com  (*pro hac vice*)

**pro hac vice* forthcoming

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**LIFELONG ADOPTIONS, INC.**,<br><br>　　　　Defendant. | No. 1:25-cv-00441-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF WORD LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court, having considered the Plaintiffs' Motion for Extension, and for good cause shown, HEREBY ORDERS that:

1. Plaintiffs may file an overly long opposition to Defendant's Motion to Dismiss the Amended Complaint, provided that it does not surpass the word count of Defendant's Motion.

IT IS SO ORDERED.

Dated:   **August 19, 2025**          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE