1
2
3
4
5
6
7
8
9
10

Luke K. Chamberlain SBN 358896
lchamberlain@messerstrickler.com
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
Tel.: (312) 334-3469
Fax: (312) 334-3473

Attorney for Defendant
LifeLong Adoptions, Inc.

11
12
13
14

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

15
16
17
18
19
20
21
22
23

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | Case No. 1:25-cv-00441-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 26]**<br><br>Hon. Judge Jennifer L. Thurston<br>Magistrate Barbara A. McAuliffe |

24
25
26
27

This matter coming before the Court on Defendant LifeLong Adoptions, Inc.'s ("LifeLong") Unopposed Motion to Modify Briefing Schedule in connection with LifeLong's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs [ECF 26], the Court having jurisdiction and having considered the motion,

28

IT IS HEREBY ORDERED:

1. LifeLong's Unopposed Motion to Modify Briefing Schedule in connection with LifeLong's Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs is hereby GRANTED.

2. LifeLong's reply in further support of its motion shall be due by or before September 19, 2025.


IT IS SO ORDERED.

Dated:   __September 4, 2025__          _____ /s/ *Barbara A. McAuliffe* _____
                                        UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS [ECF 26]**