1  Luke K. Chamberlain SBN 358896
2  lchamberlain@messerstrickler.com
   Messer Strickler Burnette, Ltd.
3  142 W. Station Street
4  Barrington, IL 60010
   Tel.: (312) 334-3469
5  Fax: (312) 334-3473
6
7  Attorney for Defendant
   LifeLong Adoptions, Inc.
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| E.H. and V.P., on behalf of themselves and all others similarly situated, | Case No. 1:25-cv-00441-JLT-BAM |
|---|---|
| Plaintiffs, | **[PROPOSED]** ORDER ON DEFENDANT'S *UNOPPOSED* MOTION TO EXCEED PAGE LIMIT |
| vs. | Hon. Judge Jennifer L. Thurston |
| LIFELONG ADOPTIONS, INC., | Magistrate Barbara **A.** McAuliffe |
| Defendant. | |

This matter coming before the Court on Defendant LifeLong Adoptions, Inc.'s ("Defendant") Unopposed Motion for Leave to Exceed the Page Limit in connection with its Reply in Further Support of its Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs, E.H. and V.P., the Court having jurisdiction and having considered the motion,

1

[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

IT IS HEREBY ORDERED:

1. Defendant's Unopposed Motion for Leave to Exceed the Page Limit in connection with its Reply in Further Support of its Rule 12(b)(6) Motion to Dismiss the First Amended Complaint of Plaintiffs, E.H. and V.P. is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **September 22, 2025**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE