UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H. and V.P., on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>        Defendant. | CASE No. 1:25-cv-00441-JLT-FJS<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF V.P. WITHOUT PREJUDICE<br><br>(ECF No. 48) |

On June 17, 2026, the parties filed a stipulation of dismissal without prejudice as to Plaintiff V.P.'s claims against Defendant Lifelong Adoptions, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 48.) In light of the stipulation of dismissal, Plaintiff V.P.'s claims against Defendant are terminated by operation of law without further order from the court. Fed. R. Civ. P. 41(a)(2). The clerk of the court is directed to terminate only Plaintiff V.P. on the docket.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                                             

UNITED STATES MAGISTRATE JUDGE