UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.H., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | CASE No. 1:25-cv-00441-JLT-FJS<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 51) |

On August 10, 2026, Plaintiff E.H. and Defendant LifeLong Adoptions, Inc. ("LifeLong") stipulated to extend the time for LifeLong to respond to Plaintiff's complaint. (ECF No. 51.)

Accordingly, good cause appearing, IT IS HEREBY ORDERED:

1. The Parties' stipulation to extend time to respond to Plaintiff's complaint is hereby GRANTED; and

2. Defendant shall have 28 days from the date on which Plaintiff files her forthcoming amended complaint to answer or otherwise plead in response to the amended complaint;

IT IS SO ORDERED.

Dated: **August 14, 2026**

UNITED STATES MAGISTRATE JUDGE