Luke K. Chamberlain (SBN 358896)
lchamberlain@messerstrickler.com
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
Tel.: (312) 334-3469

Attorney for Defendant
LifeLong Adoptions, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| E.H., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFELONG ADOPTIONS, INC.,<br><br>Defendant. | Case No. 1:25-cv-00441-JLT-BAM<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hon. Judge Jennifer L. Thurston<br>Magistrate Barbara A. McAuliffe |

Defendant LifeLong Adoptions, Inc., ("LifeLong"), by and through undersigned counsel, hereby Answers the Second Amended Complaint of Plaintiff, E.H. ("Plaintiff"), as follows:

## I. INTRODUCTION

1. As to Paragraph 1, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.
2. As to Paragraph 2, LifeLong DENIES the allegations in this Paragraph.

3. As to Paragraph 3, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

4. As to Paragraph 4, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

5. As to Paragraph 5, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

6. As to Paragraph 6, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

7. As to Paragraph 7, LifeLong DENIES the allegations in this Paragraph.

8. As to Paragraph 8, LifeLong ADMITS the allegations in this Paragraph.

9. As to Paragraph 9, LifeLong DENIES the allegations in this Paragraph.

10. As to Paragraph 10, LifeLong DENIES the allegations in this Paragraph.

11. As to Paragraph 11, LifeLong ADMITS that Plaintiff has stated the basis for this action. LifeLong DENIES engaging in any unlawful acts or omissions.

## II. PARTIES

12. As to Paragraph 12, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

13. As to Paragraph 13, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

14. As to Paragraph 14, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

15. As to Paragraph 15, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

16. As to Paragraph 16, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

17. As to Paragraph 17, LifeLong ADMITS the allegations in this Paragraph.

## III. JURISDICTION AND VENUE

18. As to Paragraph 18, this Paragraph consists of legal conclusions to which no substantive response is required.

19. As to Paragraph 19, this Paragraph consists of legal conclusions to which no substantive response is required.

20. As to Paragraph 20, this Paragraph consists of legal conclusions to which no substantive response is required.

21. As to Paragraph 21, this Paragraph consists of legal conclusions to which no substantive response is required.

22. As to Paragraph 22, this Paragraph consists of legal conclusions to which no substantive response is required. LifeLong DENIES engaging in any unlawful acts or omissions.

23. As to Paragraph 23, this Paragraph consists of legal conclusions to which no substantive response is required.

## IV. FACTUAL ALLEGATIONS

## A. DEFENDANT'S USE OF THIRD-PARTY TRACKING TECHNOLOGIES

### a. Google and Facebook's Mass Advertising Surveillance Operation

24. As to Paragraph 24, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

25. As to Paragraph 25, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

26. As to Paragraph 26, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

27. As to Paragraph 27, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

28. As to Paragraph 28, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

29. As to Paragraph 29, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

30. As to Paragraph 30, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

31. As to Paragraph 31, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

32. As to Paragraph 32, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

33. As to Paragraph 33, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

34. As to Paragraph 34, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

35. As to Paragraph 35, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

36. As to Paragraph 36, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

37. As to Paragraph 37, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

38. As to Paragraph 38, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

39. As to Paragraph 39, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

**b. Pixels Can Record Almost Every Interaction Between a User and a Website**

40. As to Paragraph 40, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

41. As to Paragraph 41, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

42. As to Paragraph 42, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

43. As to Paragraph 43, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

**c. The Pixels Installed on Defendant's Website Transmit Personally Identifiable Information to Google and Facebook**

44. As to Paragraph 44, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

45. As to Paragraph 45, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

46. As to Paragraph 46, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

47. As to Paragraph 47, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

48. As to Paragraph 48, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

49. As to Paragraph 49, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

50. As to Paragraph 50, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

51. As to Paragraph 51, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

52. As to Paragraph 52, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

53. As to Paragraph 53, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

54. As to Paragraph 54, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

55. As to Paragraph 55, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

56. As to Paragraph 56, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

57. As to Paragraph 57, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

58. As to Paragraph 58, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

**d. Defendant Disclosed Plaintiff's and Class Members' Sensitive Information to Google and Facebook**

59. As to Paragraph 59, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

60. As to Paragraph 60, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

61. As to Paragraph 61, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

62. As to Paragraph 62, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

63. As to Paragraph 63, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

64. As to Paragraph 64, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

65. As to Paragraph 65, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

66. As to Paragraph 66, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

67. As to Paragraph 67, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

68. As to Paragraph 68, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

### B. DEFENDANT DISCLOSED PLAINTIFF'S AND CLASS MEMBERS' SENSITIVE INFORMATION TO THIRD PARTIES WITHOUT THEIR KNOWLEDGE OR CONSENT

#### a. Defendant failed to inform Plaintiff and Class Members of its disclosure of their Sensitive Information.

69. As to Paragraph 69, LifeLong ADMITS the allegations in this Paragraph.

70. As to Paragraph 70, LifeLong DENIES the allegations in this Paragraph.

71. As to Paragraph 71, LifeLong DENIES the allegations in this Paragraph.

72. As to Paragraph 72, LifeLong DENIES the allegations in this Paragraph.

73. As to Paragraph 73, LifeLong DENIES the allegations in this Paragraph.

74. As to Paragraph 74, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

75. As to Paragraph 75, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

76. As to Paragraph 76, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

#### b. The Tracking Tools Used by Defendant Were Imperceptible to Plaintiffs and Class Members

77. As to Paragraph 77, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

78. As to Paragraph 78, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

79. As to Paragraph 79, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

80. As to Paragraph 80, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

## C. DEFENDANT WAS ENRICHED BY ITS DISCLOSURE OF PLAINTIFF'S AND CLASS MEMBERS' SENSITIVE INFORMATION TO THIRD PARTIES

### a. Defendant Received Material Benefits in Exchange for Plaintiff's Sensitive Information

81. As to Paragraph 81, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

82. As to Paragraph 82, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

### b. Plaintiff's And Class Members' Data Had Financial Value

83. As to Paragraph 83, LifeLong DENIES the allegations in this Paragraph.

84. As to Paragraph 84, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

85. As to Paragraph 85, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

86. As to Paragraph 86, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

87. As to Paragraph 87, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

88. As to Paragraph 88, LifeLong DENIES the allegations in this Paragraph.

**D. PLAINTIFF'S AND CLASS MEMBERS' REASONABLE EXPECTATION OF PRIVACY**

89. As to Paragraph 89, LifeLong DENIES the allegations in this Paragraph.

90. As to Paragraph 90, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

91. As to Paragraph 91, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

92. As to Paragraph 92, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

93. As to Paragraph 93, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

## V. TOLLING AND ESTOPPEL

94. As to Paragraph 94, this Paragraph consists solely of legal conclusions to which no substantive response is required.

95. As to Paragraph 95, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

96. As to Paragraph 96, LifeLong DENIES the allegations in this Paragraph.

97. As to Paragraph 97, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

98. As to Paragraph 98, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

99. As to Paragraph 99, this Paragraph consists solely of legal conclusions to which no substantive response is required.

100. As to Paragraph 100, this Paragraph consists solely of legal conclusions to which no substantive response is required.

101. As to Paragraph 101, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

## VI. CLASS ALLEGATIONS

102. As to Paragraph 102, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

103. As to Paragraph 103, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

104. As to Paragraph 104, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

105. As to Paragraph 105, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

106. As to Paragraph 106, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

107. As to Paragraph 107, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

108. As to Paragraph 108, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

109. As to Paragraph 109, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

110. As to Paragraph 110, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

111. As to Paragraph 111, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

112. As to Paragraph 112, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

113. As to Paragraph 113, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

114. As to Paragraph 114, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same. LifeLong DENIES engaging in any unlawful acts or omissions and further DENIES that class treatment of this matter is appropriate.

**COUNT I**

**Common Law Invasion of Privacy - Intrusion Upon Seclusion and/or Public Disclosure of Private Facts**

**(*On Behalf of Plaintiff and the Nationwide Class or, alternatively, the California Subclass*)**

115. As to Paragraph 115, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

116. As to Paragraph 116, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

117. As to Paragraph 117, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

118. As to Paragraph 118, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

119. As to Paragraph 119, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

120. As to Paragraph 120, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

121. As to Paragraph 121, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

122. As to Paragraph 122, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

123. As to Paragraph 123, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

124. As to Paragraph 124, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

125. As to Paragraph 125, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

126. As to Paragraph 126, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

127. As to Paragraph 127, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES the allegations in this Paragraph.

128. As to Paragraph 128, this Count is subject to a pending Motion to Dismiss therefore no substantive response is required. To the extent a substantive response is required, LifeLong DENIES that Plaintiff is entitled to the relief requested.

## COUNT II

**Breach of Confidence**

**(*On Behalf of Plaintiff and the Nationwide Class or, alternatively, the California Subclass*)**

129. As to Paragraph 129, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

130. As to Paragraph 130, LifeLong DENIES the allegations in this Paragraph.

131. As to Paragraph 131, LifeLong DENIES the allegations in this Paragraph.

132. As to Paragraph 132, LifeLong DENIES the allegations in this Paragraph.

133. As to Paragraph 133, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

134. As to Paragraph 134, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

135. As to Paragraph 135, LifeLong DENIES the allegations in this Paragraph.

136. As to Paragraph 136, LifeLong DENIES the allegations in this Paragraph.

137. As to Paragraph 137, LifeLong DENIES the allegations in this Paragraph.

**COUNT III**

**Negligence**

**(*On Behalf of Plaintiff and the Nationwide Class or, alternatively, the California Subclass*)**

138. As to Paragraph 138, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

139. As to Paragraph 139, LifeLong DENIES the allegations in this Paragraph.

140. As to Paragraph 140, LifeLong DENIES the allegations in this Paragraph.

141. As to Paragraph 141, LifeLong DENIES the allegations in this Paragraph.

142. As to Paragraph 142, LifeLong DENIES the allegations in this Paragraph.

143. As to Paragraph 143, LifeLong DENIES the allegations in this Paragraph.

144. As to Paragraph 144, LifeLong DENIES the allegations in this Paragraph.

145. As to Paragraph 145, LifeLong DENIES the allegations in this Paragraph.

146. As to Paragraph 146, LifeLong DENIES the allegations in this Paragraph.

**COUNT IV**

**Unjust Enrichment**

**(*On Behalf of Plaintiff and the Nationwide Class or, alternatively, the California Subclass*)**

147. As to Paragraph 147, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

148. As to Paragraph 148, LifeLong DENIES the allegations in this Paragraph.

149. As to Paragraph 149, LifeLong DENIES the allegations in this Paragraph.

150. As to Paragraph 150, LifeLong DENIES the allegations in this Paragraph.

151. As to Paragraph 151, LifeLong DENIES the allegations in this Paragraph.

152. As to Paragraph 152, LifeLong DENIES the allegations in this Paragraph.

153. As to Paragraph 153, LifeLong DENIES the allegations in this Paragraph.

154. As to Paragraph 154, LifeLong DENIES the allegations in this Paragraph.

155. As to Paragraph 155, LifeLong DENIES the allegations in this Paragraph.

156. As to Paragraph 156, LifeLong DENIES the allegations in this Paragraph.

## COUNT V

**Violations of the Electronic Communications Privacy Act ("ECPA")**

**18 U.S.C. § 2511(1), et seq.**

**(*On Behalf of Plaintiff and the Nationwide Class or, alternatively, the California Subclass*)**

157. As to Paragraph 157, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

158. As to Paragraph 158, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

159. As to Paragraph 159, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

160. As to Paragraph 160, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

161. As to Paragraph 161, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

162. As to Paragraph 162, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

163. As to Paragraph 163, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

164. As to Paragraph 164, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

165. As to Paragraph 165, LifeLong DENIES the allegations in this Paragraph.

166. As to Paragraph 166, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

167. As to Paragraph 167, LifeLong DENIES the allegations in this Paragraph.

168. As to Paragraph 168, LifeLong DENIES the allegations in this Paragraph.

169. As to Paragraph 169, LifeLong DENIES the allegations in this Paragraph.

170. As to Paragraph 170, LifeLong DENIES the allegations in this Paragraph.

171. As to Paragraph 171, LifeLong DENIES the allegations in this Paragraph.

172. As to Paragraph 172, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

173. As to Paragraph 173, LifeLong DENIES the allegations in this Paragraph.

174. As to Paragraph 174, LifeLong DENIES the allegations in this Paragraph.

175. As to Paragraph 175, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

176. As to Paragraph 176, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

177. As to Paragraph 177, LifeLong DENIES the allegations in this Paragraph.

178. As to Paragraph 178, LifeLong DENIES the allegations in this Paragraph.

179. As to Paragraph 179, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

180. As to Paragraph 180, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

181. As to Paragraph 181, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

182. As to Paragraph 182, LifeLong DENIES the allegations in this Paragraph.

183. As to Paragraph 183, LifeLong DENIES the allegations in this Paragraph.

## COUNT VI

### Invasion of Privacy under California ’s Constitution

**Cal. Const. Art. 1, § 1**

**(*On Behalf of Plaintiff and the California Subclass*)**

184. As to Paragraph 184, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

185. As to Paragraph 185, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

186. As to Paragraph 186, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

187. As to Paragraph 187, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

188. As to Paragraph 188, LifeLong DENIES the allegations in this Paragraph.

189. As to Paragraph 189, LifeLong DENIES the allegations in this Paragraph.

190. As to Paragraph 190, LifeLong DENIES the allegations in this Paragraph.

191. As to Paragraph 191, LifeLong DENIES the allegations in this Paragraph.

192. As to Paragraph 192, LifeLong DENIES the allegations in this Paragraph.

193. As to Paragraph 193, LifeLong DENIES that Plaintiff is entitled to the relief requested.

**COUNT VII**

**Violations of the California Invasion of Privacy Act ("CIPA")**

**Cal. Pen. Code § 360, et seq.**

**(*On Behalf of Plaintiff and the California Subclass*)**

194. As to Paragraph 194, LifeLong incorporates its responses to the foregoing Paragraphs as though set forth fully herein.

195. As to Paragraph 195, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

196. As to Paragraph 196, LifeLong DENIES the allegations in this Paragraph.

197. As to Paragraph 107, LifeLong DENIES the allegations in this Paragraph.

198. As to Paragraph 198, LifeLong DENIES the allegations in this Paragraph.

199. As to Paragraph 199, LifeLong DENIES the allegations in this Paragraph.

200. As to Paragraph 200, LifeLong DENIES the allegations in this Paragraph.

201. As to Paragraph 201, LifeLong lacks information or belief as to the truth of the allegations in this Paragraph and on that basis DENIES the same.

202. As to Paragraph 202, LifeLong DENIES the allegations in this Paragraph.

203. As to Paragraph 203, LifeLong DENIES the allegations in this Paragraph.

204. As to Paragraph 204, LifeLong DENIES that Plaintiff is entitled to the relief requested.

## ANSWER TO PRAYER FOR RELIEF

LifeLong DENIES that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

LifeLong asserts the following affirmative defenses:

1. **Affirmative Defense No 1. – Lack of Causation**

LifeLong alleges that Plaintiff's claims are barred, in whole or in part, because any alleged injury, loss, or damage was not actually or proximately caused by any act or omission of LifeLong. To the extent Plaintiff suffered any injury or damage, such injury or damage was caused or contributed to by independent acts, omissions, circumstances, or third parties over whom LifeLong had no control.

**2. Affirmative Defense No 2. – Intervening and Superseding Conduct**

As a separate and district affirmative defense, LifeLong alleged that Plaintiff's claims are barred or limited to the extent any alleged injury or damage resulted from intervening or superseding acts or omissions of third parties, including, as applicable, the independent conduct, systems, practices, or decisions of Google, Facebook/Meta, advertisers, or other third parties.

**3. Affirmative Defense No 3. – Consent and/or Authorization**

As a separate and district affirmative defense, LifeLong alleges that Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff consented to, authorized, or otherwise agreed to the collection, transmission, disclosure, interception, receipt, or use of the information at issue, whether expressly or impliedly, including through applicable terms, policies, notices, browser or device settings, or her use of the relevant websites, platforms, or services.

**4. Affirmative Defense No 4. – Lack of Article III Standing**

As a separate and district affirmative defense, LifeLong alleges that Plaintiff lacks Article III standing, in whole or in part, because Plaintiff has not suffered a concrete,

particularized, and actual or imminent injury in fact fairly traceable to LifeLong's alleged conduct. To the extent Plaintiff alleges only a statutory violation, unauthorized transmission of information, increased risk of harm, or other intangible or speculative harm without a concrete injury, such allegations are insufficient to establish an injury in fact or an Article III case or controversy. Accordingly, the Court lacks subject-matter jurisdiction over any claim for which Plaintiff cannot establish Article III standing.

**5. Affirmative Defense No 5. – Statute of Limitations**

As a separate and district affirmative defense, LifeLong alleges that Plaintiff's claims are barred, in whole or in part, to the extent they were not commenced within the applicable statutes of limitation

**6. Affirmative Defense No 6. – No Criminal or Tortious Purpose**

As a separate and district affirmative defense, LifeLong alleges that, to the extent that LifeLong's conduct implicates the ECPA or CIPA, which presupposition LifeLong denies, the "one-party consent" rule applies without exception because there was no criminal or tortious purpose.

**7. Affirmative Defense No 7. – Record Information**

As a separate and district affirmative defense, LifeLong alleges that, to the extent that LifeLong's conduct implicates the ECPA or CIPA, which presupposition LifeLong denies, the information allegedly shared is record information which does not give rise to an ECPA or CIPA claim.

**8. Affirmative Defense No 8. – Comparative and/or Contributory Fault**

As a separate and district affirmative defense, LifeLong alleges that, to the extent applicable to any of Plaintiff's claims, Plaintiff's alleged injuries or damages were caused or contributed to by Plaintiff's own acts or omissions, including her decision to access and use LifeLong's website while simultaneously logged into third-party platforms and services, including Google and Facebook, despite the widespread use of online tracking technologies and the potential for online activity to be associated with authenticated user accounts. To the extent Plaintiff considered her online activity highly sensitive or confidential, her failure to take reasonable measures to limit such tracking, association, or disclosure caused or contributed to the injuries and damages alleged. Accordingly, any recovery should be barred or reduced in proportion to Plaintiff's comparative fault.

**Reservation Regarding Additional Defenses**

LifeLong presently lacks sufficient knowledge concerning all facts and circumstances relevant to Plaintiff's claims and therefore reserves the right, consistent with the Federal Rules of Civil Procedure and any applicable scheduling order, to seek leave to amend this Answer to assert additional defenses that may become appropriate through discovery or further investigation.

Dated: September 21, 2026 Respectfully Submitted,

**MESSER STRICKLER BURNETTE, LTD.**

*/s/ Luke K. Chamberlain*
Luke K. Chamberlain
Messer Strickler Burnette, Ltd.
142 W. Station St.

Barrington, IL 60010
Tel.: (312) 334-3446
Fax: (312) 334-3473
lchamberlain@messerstrickler.com

*Counsel for LifeLong Adoptions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2026, the forgoing document was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Luke K. Chamberlain*
Luke K. Chamberlain

*Counsel for LifeLong Adoptions, Inc.*